UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRYN HIGLEY,**<br><br>                    Plaintiff,<br><br>   -vs-<br><br>**ACCOUNTS RECEIVABLE MANAGEMENT, INC.,**<br><br>                    Defendant. | *Civil Action No.: 6:11-cv-06052-MAT* |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Bryn Higley hereby voluntarily dismisses the present action against Defendant Accounts Receivable Management, Inc., with prejudice, and each side to bear its own costs.

Date: April 4, 2011                                                        /s/Frank J. Borgese
                                                                                    Frank J. Borgese, Esq.
                                                                                    Graham Law, P.C.
                                                                                    *Attorneys for the Plaintiff*
                                                                                    1207 Delaware Ave., Suite 202
                                                                                    Buffalo, New York 14209
                                                                                    fborgese@grahamlawpc.com
                                                                                    716.200.1520